UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WADE SARVER, derivatively on behalf of VERIZON COMMUNICATIONS INC., <br><br>Plaintiff, <br><br>v. <br><br>HANS VESTBERG, MATTHEW ELLIS, CLARENCE OTIS, JR., SHELLYE L. ARCHAMBEAU, ROXANNE S. AUSTIN, MARK T. BERTOLINI, VITTORIO COLAO, MELANIE L. HEALEY, LAXMAN NARASIMHAN, DANIEL H. SCHULMAN, RODNEY E. SLATER, CAROL B. TOMÉ, GREGORY G. WEAVER, LOWELL C. MCADAM, RICHARD CARRIÓN, FRANCES KEETH, and KATHRYN TESIJA, <br><br>Defendants, <br><br>and <br><br>VERIZON COMMUNICATIONS INC., <br><br>Nominal Defendant. | Case No. 3:24-cv-00063-RK-RLS |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a), Plaintiff Wade Sarver ("Plaintiff") hereby voluntarily dismisses the above-captioned action against all defendants without prejudice. No defendant has filed an answer or moved for summary judgment. Neither Plaintiff nor Plaintiff's counsel has received or will receive directly or indirectly any consideration for the dismissal.

SO ORDERED

_/s/ Robert Kirsch_
Robert Kirsch, U.S.D.J.
Date: 3/26/24

Dated: January 8, 2024                        **THE ROSEN LAW FIRM, P.A.**

*/s/ Laurence M. Rosen*
Laurence M. Rosen
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Facsimile: (973) 833-0399
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff*